IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STROMAN, et al.,<br><br>            Plaintiff,<br><br>     vs.<br><br>B & B GLASS, INC.,<br><br>            Defendant. | No. CV-F-05-1168 REC/SMS<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF PARTIES |

Pursuant to the stipulation of the parties, the above-captioned action is hereby dismissed with prejudice.

IT IS SO ORDERED.

**Dated: March 13, 2006**              /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE

1